

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GERALD BAKKE, INDIVIDUALLY NAD ON BEHALF OF 7800 RANCH INVESTMENT, INC., A TEXAS CLOSELY-HELD CORPORATION, | § | |
| | § | |
| | § | No. 08-11-00300-CV |
| Appellants, | | |
| | § | Appeal from |
| v. | | |
| | § | 352nd District Court |
| JOHN H. HARVISON, GLENDA SUE HARVISON, | § | of Tarrant County, Texas |
| JOHN D. HARVISON, 7HBF LTD., 7HBF MANAGEMENT CO., LTD, | § | (TC # 352-244033-10) |
| DONALD H. RAY, DONALD H. RAY, P.C., AND RAY & WILSON, | § | |
| | | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating